# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lungstrum, John W. | 2. Court or Organization<br><br>USDC, District of Kansas | 3. Date of Report<br><br>06/26/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Senior Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>517 U.S. Courthouse<br>500 State Avenue<br>Kansas City, KS 66101 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and officer | Westward Ho, Inc. (corporation which owns residential property for personal use) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke Law MDL Conference (Duke University) | 10/27/2016 - 10/28/2016 | Arlington, VA | Legal Education | Travel Expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 06/26/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 06/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Bank (money market account) | A | Dividend | L | T | | | | | |
| 2. College Station TX School District (Bond) | B | Interest | K | T | | | | | |
| 3. Johnson Cty, KS Water Dist (Bond) | B | Interest | K | T | | | | | |
| 4. Eaton Vance Tax MGD Growth Fund (Mutual Fund) | A | Dividend | L | T | | | | | |
| 5. EV Floating Rate A (Mutual Fund) | B | Interest | K | T | | | | | |
| 6. Clearbridge Energy (Mutual Fund) | B | Dividend | K | T | | | | | |
| 7. EV Kansas Municipals (Mutual fund) | B | Interest | K | T | | | | | |
| 8. Blackrock Res & Comm Strat TR (Mutual Fund) | A | Dividend | K | T | | | | | |
| 9. Gabelli Div & Incm TR (Mutual Fund) | A | Dividend | | | Sold | 04/27/16 | K | A | |
| 10. Gabelli GLB SML & MD CP Val GBL | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 11. Tortoise MLP Fund Inc. (Mutual Fund) | B | Dividend | K | T | | | | | |
| 12. Gainesville FLA Utilities SYS (Bond) | B | Interest | K | T | | | | | |
| 13. Louisiana St. Energy & PWR Auth (Bond) | B | Interest | K | T | | | | | |
| 14. IRA | | | | | | | | | |
| 15. -3M Company (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 16. -Abbott Laboratories (stock) | A | Dividend | | | Sold | 02/23/16 | J | A | |
| 17. -Abbvie Inc Com (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 06/26/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Ace Ltd (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 19. | | | | | Sold (part) | 12/08/16 | J | A | |
| 20. -ADT Corporation Com (stock) | A | Dividend | | | Sold | 02/19/16 | J | A | |
| 21. -Allergan PLC SHS (stock) | | None | | | Sold | 04/11/16 | J | A | |
| 22. -AMC Networks Inc CL A (stock) | | None | | | Sold | 04/11/16 | J | A | |
| 23. -Amer Intl GP Inc New (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 24. -Anadarko Pete (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 25. -Anthem Inc Com (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 26. -AQR Managed Futures (Mutual Fund) | A | Dividend | J | T | Buy | 08/02/16 | J | | |
| 27. -Artisan Midcap Value (Mutual Fund) | A | Dividend | K | T | | | | | |
| 28. -Autodesk Inc. Delaware (stock) | | None | | | Sold | 04/11/16 | J | A | |
| 29. -BHP Billiton Ltd (stock) | A | Dividend | | | Sold | 04/01/16 | J | A | |
| 30. -Biogen Inc Com (stock) | | Distribution | | | Sold | 04/11/16 | J | A | |
| 31. -Blackrock Equity Div (Mutual Fund) | B | Dividend | M | T | Buy | 04/11/16 | M | | |
| 32. -Blackrock Strategc Inc. OPPI (Mutual Fund) | A | Dividend | K | T | Buy | 08/02/16 | J | | |
| 33. -Bristol Myers Squibb Co (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 34. -Broadcom Corp CL A (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 06/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cambiar In't Equity (MF) | A | Dividend | K | T | Buy | 08/04/16 | J | | |
| 36. -Causeway Intl Value (Mutual Fund) | B | Dividend | L | T | Buy | 12/15/16 | J | | |
| 37. | | | | | Sold (part) | 08/02/16 | K | A | |
| 38. -Chevron Corp (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 39. -Citigroup Inc New (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 40. -Citrix Systems Inc (stock) | | None | | | Sold | 04/11/16 | J | A | |
| 41. -Clearbridge Large Cap Group (MF) | A | Dividend | M | T | Buy | 04/11/16 | M | | |
| 42. -CME Group Inc (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 43. -CMS Energy CP (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 44. -Coca Cola Co (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 45. -Comcast Corp CL A Special New (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 46. -ConocoPhillips (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 47. -Cree Research Inc (stock) | | None | | | Sold | 04/11/16 | J | A | |
| 48. -Diageo PLC Spon ADR New (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 49. -Discovery Communications Ser A (stock) | | None | | | Sold | 04/11/16 | J | A | |
| 50. -Dolby Cla A Com Stk (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 51. -Dollar Gen Corp New Com (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 06/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Dominion Res Inc (New) (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 53.   -Dow Chemical Co (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 54.   -Du Pont El De Nemours & Co (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 55.   -Eaton Vance Hi Inc Opport I (MF) | A | Dividend | J | T | Buy | 08/02/16 | J | | |
| 56.   -Exelon Corp (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 57.   -Exxon Mobile Corp (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 58.   -Fidelity ADV FLTG RT (Mutual Fund) | A | Dividend | K | T | Buy | 08/02/16 | J | | |
| 59.   -Fluor Corp New (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 60.   -Freeport-McMoran Inc. (stock) | | None | | | Sold | 04/11/16 | J | A | |
| 61.   -Gabelli Div & Incm (Mutual Fund) | A | Dividend | | | Sold | 03/16/16 | J | A | |
| 62.   -Gabelli GLB SML & MD CP (Mutual Fund) | A | Dividend | | | Sold | 08/02/16 | J | A | |
| 63.   -Gabelli Gold I (Mutual Fund) | A | Dividend | J | T | Buy | 12/15/16 | J | | |
| 64.   -GAP Inc (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 65.   -General Electric Co (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 66.   -Goldman Sachs Grp Inc (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 67.   -Healthcare Sel (Mutual Fund) | A | Dividend | J | T | Buy | 08/02/16 | J | | |
| 68.   -Henderson Global Inc. (Mutual Fund) | A | Dividend | J | T | Buy | 08/02/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 06/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Henderson Intl Opport I (Mutual Fund) | B | Dividend | | | Buy | 08/02/16 | J | | |
| 70. -Home Depot, Inc. (stock) | A | Dividend | | | Sold | 03/07/16 | J | A | |
| 71. -Honeywell International Inc (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 72. -Immunogen Inc. (stock) | | None | | | Sold | 04/11/16 | J | A | |
| 73. -Intel Corp (stock) | A | Dividend | | | Sold | 03/16/16 | J | A | |
| 74. -International Paper Co (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 75. -IShares Core MSCI EAFE ETF (MF) | A | Dividend | J | T | Buy | 08/02/16 | J | | |
| 76. -Invesco Small Cap Y (Mutual Fund) | A | Dividend | K | T | Buy | 08/02/16 | K | | |
| 77. -IShares Nasdaq Biotech ETF (MF) | A | Dividend | J | T | Buy | 08/02/16 | J | | |
| 78. -IShares Russell 200 GRWTH ETF (Mutual Fund) | A | Dividend | K | T | Sold (part) | 05/11/16 | J | A | |
| 79. -IShares S&P 500 Growth (Mutual Fund) | A | Dividend | K | T | Buy | 08/02/16 | J | | |
| 80. -IShares S&P 500 Val (Mutual Fund) | A | Dividend | | | Sold | 03/16/16 | K | A | |
| 81. -IShares S&P Mid-Cap 400 G ETF (Mutual Fund) | A | Dividend | K | T | Sold (part) | 08/02/16 | J | A | |
| 82. -IShares S&P Mid Cap 400G (Mutual Fund) | A | Dividend | J | T | | | | | |
| 83. -IShares S&P Mid Cap 400 V (Mutual Fund) | A | Dividend | J | T | Sold (part) | 08/02/16 | J | A | |
| 84. -IShares MSCI Japan (Mutual Fund) | A | Dividend | | | Sold | 12/20/16 | J | A | |
| 85. -IONS Pharm Inc (stock) | | None | | | Sold | 04/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 06/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Intl Business Machines Corp (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 87. -Johnson & Johnson (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 88. -JP Morgan Chase & Co (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 89. -Kroger Co (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 90. -L-3 Communications Holdings Inc. (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 91. -Liberty Broadband Corp S-A (stock) | | None | | | Sold | 04/11/16 | J | A | |
| 92. -Liberty Broadband Corp S-C (stock) | | None | | | Sold | 04/11/16 | J | A | |
| 93. -Liberty Interactive Corp QVC A (stock) | | None | | | Sold | 04/11/16 | J | A | |
| 94. -Liberty Inter Co Venture Ser A (stock) | | None | | | Sold | 04/11/16 | J | A | |
| 95. -Liberty Media Corp Ser A (stock) | | None | | | Sold | 04/01/16 | J | A | |
| 96. -Liberty Media Corp Ser C (stock) | | None | | | Sold | 04/11/16 | J | A | |
| 97. -MSDW Liq. Asset (Money market fund) | A | Dividend | K | T | | | | | |
| 98. -Marathon Oil Co (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 99. -Mc Donalds Corp (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 100. -Merck & Co Inc New Com (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 101. -Medtronic PLC SHS (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 102. -Metlife Incorporated (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 06/26/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Microsoft Corp (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 104. -Morgan Stanley (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 105. -Motorola Solutions Inc (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 106. -National Oilwell Varco Inc (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 107. -Nextera Energy Inc Com (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 108. -Northrop Grumman CP (Hldg Co) (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 109. -Now Inc (stock) | | None | | | Sold | 04/11/16 | J | A | |
| 110. -Nuance Communications Inc (stock) | | None | | | Sold | 04/11/16 | J | A | |
| 111. -Nucor Corporation (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 112. -Occidential Petroleum Corp De (stock) | A | Dividend | | | Sold | 04/11/16 | K | A | |
| 113. -Oracle Corp (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 114. -Pentair PLC (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 115. -Pfizer Inc (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 116. -Philip Morris Intl Inc (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 117. -Praxair Inc (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 118. -Procter & Gamble (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 119. -Prudential Financial Inc (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Prudential Jennison Natl Res Z (Mutual Fund) | A | Dividend | K | T | Buy | 08/02/16 | J | | |
| 121. -Public Service Enterprise GP (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 122. -Qualcomm Inc. (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 123. -Quest Diagnostics Inc (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 124. -Raytheon Co (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 125. -Reynolds American Inc (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 126. -Royce Premier Inv. (Mutual Fund) | A | Dividend | | | Sold | 08/02/16 | J | A | |
| 127. -Salient MLP & Energy (Mutual Fund) | A | Dividend | J | T | Buy | 08/02/16 | J | | |
| 128. -Sandisk Corp (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 129. -Schlumberger LTD (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 130. -Seagate Technology PLC (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 131. -Sempra Energy (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 132. -SPDR Barcap Shrt term (Mutual Fund) | A | Dividend | | | Sold | 08/02/16 | J | A | |
| 133. -SPDR DJ Wilshire Global REA (MF) | A | Dividend | | | Buy | 08/02/16 | J | | |
| 134. -Starz Series A(stock) | | None | | | Sold | 04/11/16 | J | A | |
| 135. -Suntrust Bks (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 136. -TE Connectivity LTD New (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 06/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Tekla (f/k/a H&Q) Healthcare Fd (Mutual Fund) | A | Dividend | | | Sold | 08/02/16 | J | A | |
| 138. -Third Avenue Real Est Val Inst (Mutual Fund) | A | Dividend | | | Sold | 08/02/16 | J | A | |
| 139. -Total S A Spon Adr (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 140. -Travelers Companies Inc Com (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 141. -Twitter Inc (stock) | | None | | | Sold | 04/11/16 | J | A | |
| 142. -Tyco Intl PLC SHS (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 143. -U S Bancorp Com New (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 144. -Unilever NV NY SH New (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 145. -Union Pacific Corp (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 146. -Unitedhealth GP Inc (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 147. -United Parcel Ser Inc CL-B (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 148. -United Technologies Corp (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 149. -Vanguard Info Tech (Mutual Fund) | A | Dividend | J | T | Buy | 08/02/16 | J | | |
| 150. -Vanguard Reit (Mutual Fund) | B | Dividend | | | Sold | 08/02/16 | J | A | |
| 151. -Vanguard REIT ETF (Mutual Fund) | B | Dividend | K | T | Buy | 12/15/16 | J | | |
| 152. -Vanguard Total Bond Mkt (Mutual Fund) | A | Dividend | K | T | | | | | |
| 153. -Vanguard S# TM Bd Indv (Mutual Fund) | A | Dividend | J | T | Buy | 08/02/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 06/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Vanguard SHR-TM Infat Protec (MF) | A | Dividend | J | T | Buy | 08/02/16 | J | | |
| 155. -Verizon Communications (stock) | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 156. -Vertex Pharmaceuticals (stock) | | None | | | Sold | 04/11/16 | J | A | |
| 157. -Virtus Insight Emerg Mkts (Mutual Fund) | A | Dividend | K | T | Buy | 08/02/16 | J | | |
| 158. -Well Fargo & Co New (stock) | A | Dividend | | | Sold | 09/11/16 | J | A | |
| 159. -Western Digital Corporation (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 160. -Weatherford Intl Ltd (stock) | | None | | | Sold | 04/11/16 | J | A | |
| 161. -Weyerhaeuser Co (stock) | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 162. -Wisdomtree Japan (Mutual Fund) | A | Dividend | K | T | Buy | 12/20/16 | K | | |
| 163. -Wisdomtree Europe (Mutual Fund) | A | Dividend | J | T | Buy | 08/02/16 | J | | |
| 164. -Wisdomtree TR High Div | A | Dividend | K | T | Buy | 04/11/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lungstrum, John W. | 06/26/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John W. Lungstrum**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544